AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00669--JEJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lomas Financial Group LLC
was received by me on *(date)* 04/27/2020 .

☒ I personally served the summons on the individual at *(place)*
14780 Soapstone Drive #401, Gainsville VA 20155  on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
Rene Rivera / Authorized Agent , a person of suitable age and discretion who resides there,
on *(date)* 05/11/2020 @ 8:04pm , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
 on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/11/2020

*Dawn L Castor*
*Server's signature*

Dawn Castor, Private Process Server
*Printed name and title*

c/o Dennis Richman's Services
1500 JFK Blvd., Ste. 1315
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

1786 28