IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEXT DAY MARBLE & GRANITE, INC. AND NEXT DAY MARBLE & GRANITE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NAVID VARDI; INDEX FINANCIAL SERVICES, LLC; AND LOMAS FINANCIAL GROUP LLC,<br><br>Defendants. | CASE NO. 1:20-cv-00669-JEJ<br><br>JURY TRIAL DEMANDED<br><br>JUDGE JOHN E. JONES, III |

## **ENTRY OF DEFAULT**

It appearing that an amended complaint was filed in this case on October 13, 2020; that both the summons and original complaint and the amended complaint were duly served upon the defendant, Lomas Financial Group, LLC ("Lomas"), and that no answer or other pleading has been filed by Lomas as required by law;

Therefore, upon Plaintiffs' request, default is hereby entered against the defendant, Lomas, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

                                              Peter J. Welsh, CLERK

                                              By ___Peter J. Welsh_____
                                                    Clerk of the Court